## STATE OF CONNECTICUT *v.* KENNETH CURTIS

The defendant's petition for certification for appeal from the Appellate Court (AC 18118) is denied.

BERDON, J., dissenting. I would grant the defendant's petition for certification to appeal.

*Salvatore C. DePiano*, in support of the petition.

*John C. Smirga*, supervisory assistant state's attorney, in opposition.

Decided June 10, 1998

## STATE OF CONNECTICUT *v.* MARCELLUS RUFFIN

The defendant's petition for certification for appeal from the Appellate Court, 48 Conn. App. 504 (AC 15068), is denied.

CALLAHAN, C. J., did not participate in the consideration or decision of this petition.

*Elizabeth A. Gallagher*, in support of the petition.

*Denise B. Smoker*, assistant state's attorney, in opposition.

Decided June 17, 1998

## STATE OF CONNECTICUT *v.* JOHN JOHNSON

The defendant's petition for certification for appeal from the Appellate Court, 48 Conn. App. 913 (AC 16098), is denied.

*Paul R. Kraus*, special public defender, in support of the petition.